BYRNE v. BECKMAN et al. (Supreme Court, Appellate Division, Third Department. May 21, 1915.) Action by Richard A. Byrne against William L. Beckman and others. No opinion. Motion granted, upon the condition that the appellant stipulates that no finding upon any other question of fact will be questioned upon the appeal.

CABONI, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Michele Caboni, as administrator, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

CALLAHAN, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by John F. Callahan against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the evidence given on the trial was such that the jury might have found an absence of reasonable grounds to justify an honest belief of plaintiff's guilt, and the question whether defendant acted with ordinary prudence was for the jury.

STAPLETON, J., dissents.

CALUWAERT v. SCHAPIRO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Prosper Caluwaert against Jacob Schapiro. No opinion. Application denied, with $10 costs. Order signed. See, also, 152 N. Y. Supp. 1016.

In re CAMERON. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) In the matter of the application of Alfred L. Cameron for admission to the bar. No opinion. Matter referred to the committee on character.

CANDEE, Respondent, v. MASONIC PROTECTIVE ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Frank E. Candee against the Masonic Protective Association. No opinion. Judgment and order affirmed, with costs.

CARNEGIE TRUST CO. v. KISTLER et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by the Carnegie Trust Company against Milton S. Kistler, impleaded with others. No opinion. Application granted. Order signed. See, also, 89 Misc. Rep. 404, 152 N. Y. Supp. 240.

CARRODI, Respondent, v. TRINKINO, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Antonio Carrodi against Nicolo Trinkino. No opinion. Judgment and order of the County Court of Westchester County unanimously affirmed, with costs.

CARROLL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by Ralph W. Carroll against the City of New York. J. F. O'Brien, of New York City, for appellant. E. J. McCrossin, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOTCHKISS, J., dissents.

CASEY, Appellant, v. CASEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Thomas J. Casey against William Casey and others. No opinion. Judgment (in 87 Misc. Rep. 414, 150 N. Y. Supp. 898) unanimously affirmed, with costs.

CASSEL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Josephine Cassel as Administratrix against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 410.

CATALANO, Respondent v. THOMSON et al., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Anna Catalano against William A. Thomson and others. No opinion. Judgment modified, by reduction of the debt from $2,000 to $1,500, and, as so modified, affirmed, without costs.

CATHOLIC FOREIGN MISSIONARY SOCIETY OF AMERICA, Inc., Respondent, v. OUSSANI, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by the Catholic Foreign Missionary Society of America, Incorporated, against Joseph Oussani, and another. No opinion. Motion granted. See, also, 157 App. Div. 893, 142 N. Y. Supp. 1111.

CAVANAGH, Appellant, v. SEA BEACH R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1914.) Action by Margaret Cavanagh, by Kate Cavanagh, her guardian ad litem, against the Sea Beach Railroad Company and the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days defendants stipulate that the judgment be modified, by striking out the costs to defendants, in which event the judgment and order are unanimously affirmed, without costs.